# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

156705(61)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* GUARDIANSHIP OF DOROTHY REDD

_____

GARY REDD,
      Appellant,

v

                                    SC:  156705
                                      COA:  335152
                                      Oakland Probate Court:
                                      2014-356995-GA

JENNIFER CARNEY and NICHOLE LEGARDY,
as Co-Guardians for DOROTHY REDD, a legally
Incapacitated Person,
      Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 5, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019                    

a0128                                                 Clerk